# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Woodbolt Distribution, LLC     v.     Natural Alternatives International, Inc.

No. 17-1962

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Natural Alternatives International, Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Richard J. Oparil |
| Law Firm: | Porzio, Bromberg & Newman P.C. |
| Address: | 1200 New Hampshire Ave., NW, Suite 710 |
| City, State and Zip: | Washington, DC 20036-6802 |
| Telephone: | 202-517-1888 |
| Fax #: | 202-517-6322 |
| E-mail address: | RJOparil@pbnlaw.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/27/01

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 5/1/2017     Signature of pro se or counsel  /s/ Richard J. Oparil

cc: _____

Reset Fields